

## Dilworth Paxson LLP

DIRECT DIAL NUMBER:
(215) 575-7130

Jordan M. Rand
jrand@dilworthlaw.com

May 18, 2012

**VIA FACSIMILE (609-989-0435)**

United States Magistrate Judge Tonianne J. Bongiovanni
United States District Court for the District of New Jersey
Clarkscon S. Fisher Bldg. & U.S. Courthouse
402 East Street
Room 2020
Trenton, NJ 08608

Re:  Cohen et al. v. Independence Blue Cross et al., No. 10-04910

Dear Magistrate Bongiovanni:

I represent Defendant QCC Insurance Company in the above captioned matter. I am writing to request an adjournment of the Motion Return Day applicable to Plaintiff James Powers-Hill's Motion to File a Second Amended Complaint. The Motion is returnable on June 4, 2012. Counsel for all parties has conferred an agreed to adjourn the return date to the following motion day, June 18, 2012. Please advise whether your Honor will permit this requested adjournment.

GRANTED.

Respectfully,

Jordan M. Rand

JMR

cc:  Mark M. Miller, Esq. (by electronic mail)

So Ordered this 18th day of May 20 12.

1500 Market Street • Suite 3500E • Philadelphia, PA 19102-2101 • 215-575-7000 • fax: 215-575-7200
www.dilworthlaw.com • Cherry Hill, NJ • Harrisburg, PA • Washington, DC • Red Bank, NJ • Wilmington, DE